UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_______________________________X

DANIEL HICKEY,

Petitioner,

-AGAINST-

JAMES CONWAY, Superintendent of
Attica Correctional Facility,
_______________________________X

MOTION FOR
TIME EXTENSION

03-CV-0350(FJS)(DRH)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 0 2 2003
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk - Syracuse

18

Your Honor, Sir;

I Daniel Hickey, am the petitioner pro se in the above-referenced case. I am presently incarcerated at the Gouverneur Correctional Facility which I notified your court of and the New York State Attorney General's Office of my change of address on July 14,2003 by Certified Mail, which has been recognized by this court respectfully, but not by the Attorney General's Office, which is obvious because they continue to send my Legal Mail to that address, which delays me receiving it in prompt manner. As the State Attorney General is the respondent in this Habeas Corpus proceedings. I never received the Attorney General's Memorandum of Law in Opposition to my Petition for Writ of Habeas Corpus until 4:00 pm on September 15, 2003. Therefore due to the documents being delayed from being sent to the wrong address and not directly to me I am requesting a Time Extension. I also ask your Honor to consider that I am incarcerated and have very limited access to the Law Library for research and preparation purposes. I am allowed approximately 2 hours every other day for such purpose. Also due to the excessive pages forty-seven (47) Memorandum of Law in Opposition permitted to be filed in this case. To further support my request, it is the policy of this Corretional to have a request to use the Law Library, submitted at least 4 days prior to date requested. I respectfully request this court to grant me, the petitioner an Extension of Time to research, prepare and file a Reply Brief to the respondent's lengthy Memorandum of Law in Opposition to Petitioner's Petition for Writ of Habeas Corpus. It is my interpretation of the rules, that as petitioner I have a time limit of 30 days form the dated I received the Attorney General's Opposition to file a Reply Brief, which would make it due on or before October 14, 2003. Therefore I am requesting a ninety (90) day extension of time, until January 12, 2004 to prepare and file my Reply Brief . Thank You for your consideration of my request .

Dated: September 25, 2003
Gouverneur, New York

Respectfully & Sincerely,
Daniel Hickey
Daniel Hickey 98-B-2393
Petitioner, Pro se

Request for extension to file traverse is granted. Petitioner's traverse must not exceed ten (10) pages and must be filed on or before 11/3/03. Any traverse which exceeds ten pages may be rejected. Respondent's counsel shall note the change in Petitioner's address.

So Ordered as per direction of Judge Homer
Dated: 10/2/03

10/2/03

Pro Se Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DANIEL HICKEY,

PETITIONER,

-AGAINST-

JAMES CONWAY, Superintendent of
Attica Correctional Facility,

RESPONDENT,

---------------------------------------------------------------X

AFFIRMATION
OF SERVICE
BY MAIL

03-CV-0350(FJS)(DRH)

I Daniel Hickey, the undersigned, being the Petitioner Pro se in this matter, affirms under penalties of perjury that on September 25, 2003, I served a true and exact copy of this motion for Time Extension to reply to the Affidavit Memorandum of Law in Opposition to Petition for Writ of HEBEAS CORPUS by the New York State Attorney General's Office, by Robin A. Forshaw, Assistant Solicitor General and Laurie M. Israel, Assistant Attorney General of Counsel, by U.S. Mail to:

Clerk of The Court,
United States District Court,
Northern District of New York,
P.O. BOX 73567
100 S. Clinton Street
Syracuse, New York 13261-7367

Eliot Spitzer,
Attorney General of the
State of New York
120 Broadway
New York, New York 10271

Dated: September 25, 2003
Gouverneur Correctional Facility
Gouverneur, New York 13642

Respectfully & Sincerely,

Daniel Hickey

Daniel Hickey 98-B-2393
Petitioner, Pro se